UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Konul Verdiyeva

     v.                                    Case No. 1:26-cv-00543-JL-TSM

Christopher Brackett, et al.

## **ORDER**

The court has reviewed the Response to the Petition for Writ of Habeas Corpus.[1] Based on the respondents' concession that the court "would reach the same result" if it applied the reasoning of Chief Judge Elliott's order in *Destino v. FCI Berlin*, 2025 WL 4010424 (D.N.H. Dec. 24, 2025), the court GRANTS the petition[2] for a bond hearing and orders the respondents to provide the petitioner with a bond hearing under 8 U.S.C. § 1226(a) as soon as practicable. The bond hearing shall be conducted in accordance with the procedural protections set forth in *Hernandez-Lara v. Lyons*, 10 F.4th 19, 41 (1st Cir. 2021), with DHS bearing the burden of proving, by clear and convincing evidence, that the petitioner poses a danger to the community, or, by a preponderance of evidence, that she poses a flight risk. The petition is DENIED in all other respects. The parties shall file a status report on or before **August 6, 2026**.

      SO ORDERED.

                                    Joseph N. Laplante
                                    United States District Judge

Dated: July 28, 2026
Cc: Counsel of record

---

[1] Doc. no. 7.
[2] Doc. no. 1.